```
                                          F I L E D
                                             Clerk
                                         District Court

                                         DEC 2 6 2006

                                    For The Northern Mariana Islands
                                    By_____
                                            (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR05-00015 |
| ) | |
| v. ) | |
| SHARON O. NGCHAR, ) | |
| ) | |

**Consent to Transfer of Case**

**for Plea and Sentence**

*(Under Rule 20)*

I, SHARON O. NGCHAR, defendant, have been informed that an Indictment is pending against me in the above-designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Western District of Washington in which I reside, and to waive trial in the above-captioned District.

DATED this ___20___ day of __November__, 2006.

_____
(Defendant)

_____
(Witness)

Rule 20/NGCHAR— 1

1
2
3
4
_____
5  TIMOTHY R. LOHRAFF, Counsel for Defendant
6
7  Approved:
8
9  _____          _____
   United States Attorney for the         United States Attorney for the
10 District of Guam and the               Western District of Washington
   Mariana Islands
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28