FILED
Clerk
District Court

DEC 27 2006

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES of AMERICA, ) | Criminal No. 05 - 00015 |
| Plaintiff, ) | |
| ) | **ORDER TRANSFERRING CASE** |
| v. ) | **UNDER FED.R.CRIM.P. 20** |
| ) | |
| SHARON O. NGCHAR ) | Date: December 27, 2006 |
| ) | Time: 9:30.a.m. |
| Defendant. ) | Judge: Hon. Alex R. Munson |

The Court having received a written statement, filed in the Western District of Washington, by the defendant and expressing her wish to plead guilty and waive trial in this District and her consent to the Court's disposing of the case in the Western District of Washington, where she was arrested and is currently held or present; and

The United States Attorneys in both Districts having approved in writing a transfer of this case for such purposes;

Pursuant to Rules 20 (a) and (b) of the Federal Rules of Criminal Procedure, it is

ORDERED that this case should be and is transferred to the Western Distrtict of Washington; and it is further

ORDERED that the clerk's office shall send the file in this case, or a certified copy thereof, to the Clerk for the Western District of Washington.

_____
ALEX R. MUNSON
U.S. DISTRICT COURT JUDGE

Dated: 12-27-06

RECEIVED

DEC 27 2006

Clerk
District Court
The Northern Mariana Islands